UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVADNE ZORILLA on behalf of her minor child, C.A.Z.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-05763-JLT-FJS<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT, WITHDRAW FINDINGS AND RECOMMENDATIONS, AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM<br><br>(ECF Nos. 2, 4) |

Plaintiff filed a complaint on July 23, 2026, challenging a final decision of the Commissioner of Social Security denying an application for benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The court recommended that Plaintiff's application for *in forma pauperis* be denied. (ECF No. 4.) On August 5, 2026, Plaintiff paid the filing fee.

Consequently, the court finds that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and the findings and recommendations denying Plaintiff's application (ECF No. 4) are moot. The court will order that the complaint in this action be served, pursuant to paragraph 1 of the scheduling order to be issued in this action, which provides that service on the Defendant shall proceed under the court's e-service program.

Accordingly, IT IS HEREBY ORDERED that:

1. The clerk of the court shall TERMINATE the application to proceed *in forma pauperis* (ECF No. 2) as MOOT;
2. The clerk of the court shall WITHDRAW the findings and recommendations denying *in forma pauperis* (ECF No. 4) as MOOT;
2. The clerk of the court is DIRECTED to issue a summons and new case documents; and
3. The clerk of the court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **August 10, 2026**

UNITED STATES MAGISTRATE JUDGE